FILED
December 28, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | NO: SA:20-CR-00509(1,2,3,4)-OLG |
| § | |
| (1) SATRICK WARNER § | |
| (2) PATRICK ARGUELLO § | |
| (3) ERNESTO RINCON § | |
| (4) OMAR CASTANEDA-HERNANDEZ § | |

## ORDER SETTING
## MOTION IN LIMINE DEADLINE, PLEA DEADLINE, JURY SELECTION AND TRIAL

Motions in Limine shall be filed on **Thursday, February 04, 2021.**

Responses to motions in limine, proposed jury instruction, and voir dire shall be filed on **Thursday, February 18, 2021**.

The deadline for notifying the Court, in writing of any plea bargain or plea agreement entered into by the parties is **Thursday, February 18, 2021.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

### JURY SELECTION AND TRIAL

Jury Selection and Trial is set for **Monday, March 01, 2021** *at 9:30 a.m. in Courtroom Number One, on the First Floor of the, John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Blvd., San Antonio Texas*. Should a plea agreement be reached and filed in this case and absent written objection filed contemporaneously therewith, this case will be referred to a United States Magistrate Judge for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and the imposition

of sentence by the United States District Court.

Attorneys are reminded that it is their duty to advise clients, witnesses and others concerning rules of decorum to be observed in court.  <u>Local Court Rule AT-5.</u>  As a reminder to the Attorney for the Defendant:  If your client is in custody, arrangements should be made with the U.S. Marshal Service prior to the date of jury selection and trial to ensure your client has proper attire.

Attorneys are further reminded that whenever defendants or witnesses in a criminal case have need for the services of the court interpreter, the attorney must inform the Clerk, not later than five (5) days before they are to appear in court.

IT IS ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the U. S. Attorney, U. S. Pretrial and the U. S. Probation Office.  ***Counsel for defendant shall notify the defendant of this schedule*** and, advise the defendant that he must be present for all court proceedings unless excused by the Court.

All inquires pertaining to the above-mentioned schedule should be directed to Jessica Urrutia  Courtroom Deputy at (210) 472-6550, ext. 5020 or email jessica_urrutia@txwd.uscourts.gov.

IT IS SO ORDERED:

28th day of December, 2020

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE