UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA § | |
| § | CRIMINAL NO: |
| vs. § | SA:20-CR-00509(1,4)-OLG |
| § | |
| (1) SATRICK WARNER § | |
| (4) OMAR CASTANEDA-HERNANDEZ § | |

## ORDER CANCELLING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **PRETRIAL CONFERENCE on Thursday, December 08, 2022 at 10:30 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 7th day of December, 2022.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE